THE PRESIDENT AND DIRECTORS OF THE TERRE HAUTE AND RICHMOND RAILROAD COMPANY *v.* SMITH.

In an action against a railroad company for killing stock, commenced in the Common Pleas or Circuit Court, the complaint should aver

that the killing was the result of negligence on the part of the company.

The objections that there is a want of jurisdiction, and of a cause of action, may be raised upon appeal.

APPEAL from the *Putnam* Common Pleas.

*Per Curiam.*—Suit by *Smith* against *The Terre Haute and Richmond Railroad Company,* to recover for stock killed by the machinery of the road, in 1858. The suit was commenced in the Common Pleas, and the complaint did not allege negligence, but simply that the road was not fenced.

A demurrer to the answer reached back to the complaint.

The cases of *The Jeffersonville, etc.,* v. *Martin,* 10 Ind. 416; *The Indianapolis, etc.,* v. *Taffe,* 11 *Id.* 458; and *Indianapolis, etc.,* v. *Kercheval,* 16 *Id.* 84, are decisive that the action can not be maintained.

The objections that there was a want of jurisdiction, and of a cause of action, may be raised, upon appeal.

The judgment is reversed, with costs; cause remanded to be dismissed.

*Henry Secrest* and *Solon Turman,* for the appellants.
*Williamson* and *Daggy,* for the appellees.